IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| RED BOILING SPRINGS TN OPCO LLC, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES SMALL BUSINESS ) <br> ADMINISTRATION, ISABELLA ) <br> CASILLAS GUZMAN, *in her official* ) <br> *capacity as Administrator of the Small* ) <br> *Business Administration*, JANET YELLEN, ) <br> *in her official capacity as United States* ) <br> *Secretary of Treasury*, and UNITED ) <br> STATES OF AMERICA, ) <br> ) <br>    Defendants. ) | Civil Case No.: 2:23-cv-00026 <br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE HOLMES |

## ORDER TRANSFERRING VENUE

Upon the joint motion of Plaintiff and the Defendants, IT IS HEREBY ORDERED pursuant to 28 U.S.C. § 1404(a) that this case is TRANSFERRED to the Western District of North Carolina.

IT IS SO ORDERED.

_____
WILLIAM L. CAMPBELL, JR.
United States District Judge